1   Robin Samuel (State Bar No. 173090)
    Nicholas O. Kennedy (State Bar No. 280504)
2   Michael D. Hidalgo (State Bar No. 309792)
    **BAKER & MCKENZIE LLP**
3   1901 Avenue of the Stars, Suite 950
    Los Angeles, CA  90067
4   Telephone: +1 310 201-4728
    Facsimile: +1 310 201-4721
5   robin.samuel@bakermckenzie.com
    nicholas.kennedy@bakermckenzie.com
6   michael.hidalgo@bakermckenzie.com

7   Attorneys for Defendant
    AEG MANAGEMENT OAKLAND, LLC

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  TONJA FULLER BRYANT, on behalf of         **Case No.  3:18-cv-06589-YGR**
    herself and all others similarly situated and on
14  behalf of the public,                      Date Action Filed: March 5, 2018 (state
                                                court)
15              Plaintiffs,
                                                ~~[PROPOSED]~~ **ORDER REMANDING**
16          v.                                  **CASE AND TAKING MOTIONS OFF**
                                                **CALENDAR**
17  AEG MANAGEMENT OAKLAND, LLC, a
    California Limited Liability Corporation, and
18  DOES 1 through 50, inclusive,              **Date:  January 15, 2019**
                                               **Time:  2:00 p.m.**
19              Defendants.                    **Place:  Crtm. A, 15th Floor**
                                               **Judge:  Yvonne Gonzalez Rogers**
20
                                               **Trial Date:     None set**
21

22

23

24

25

26

27

28

**[PROPOSED]** **ORDER**

Plaintiff Tonja Fuller Bryant ("Plaintiff") and Defendant AEG Management Oakland, LLC ("Defendant"), through the respective counsel of record, have filed a stipulation and proposed order seeking the remand of this case to state court and, if such stipulation is granted, taking off calendar the pending Motion to Remand (Doc. 18) and Motion to Dismiss (Doc. 8). Having considered the parties' stipulation, and **FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED**:

1. This action is hereby remanded to the Superior Court for the State of California, County of Alameda, for all further proceedings;

2. The Motion to Remand (Doc. 18) and Motion to Dismiss (Doc. 8) currently scheduled for hearing on January 15, 2019, are advanced to this date and taken off calendar;

3. Each party shall bear its own attorney's fees and costs in connection with the pending motions and the remand of this action.

**IT IS SO ORDERED.**

Dated: ___December 14, 2018___

The Honorable Yvonne Gonzalez Rogers
United States District Court Judge

1